IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA
*ex rel.* MICHAEL PENNACHIO, M.D.;
and SHARON DRAKE,

    Plaintiffs/Relators,

vs.                                Case No. 5:17-cv-152-Oc-34PRL

CRAIG D. FISHMAN, M.D.; and,        **FILED UNDER SEAL**
JEFFREY A. SHERIDAN. M.D.,

    Defendants.
_____/

**ORDER GRANTING THE UNITED STATES'
FIFTH *EX PARTE* APPLICATION FOR EXTENSION
OF THE INTERVENTION PERIOD AND SEAL**

THIS MATTER came before the Court upon the United States' unopposed fifth application for extension of the intervention period and seal. Upon consideration of the United States' application, and the Court being advised of the premises, and good cause having been found

It is **ORDERED AND ADJUDGED** that the application is **GRANTED**. The United States shall have up to and including August 13, 2018, within which to notify the Court of the decision to intervene in this action.

It is **FURTHER ORDERED** that all other filings and documents in this case shall remain under seal until further order of this Court.

**DONE and ORDERED** in Chambers in Ocala, Florida, this 10th day of July, 2018.

                                                          Philip Lammens
                                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

>Jeremy R. Bloor
>Assistant United States Attorney
>400 West Washington St., Suite 3100
>Orlando, FL 32801

>Stephen D. Milbrath, Esq.
>Byrd Campbell, P.A.
>180 Park Avenue North, Suite 2A
>Winter Park, FL 32789