IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA
*ex rel.* MICHAEL PENNACHIO, M.D.;
and SHARON DRAKE,

    Plaintiffs/Relators,

vs.

CRAIG D. FISHMAN, M.D.; and,
JEFFREY A. SHERIDAN. M.D.,

    Defendants.
_____/

FILED UNDER SEAL

Case No. 5:17-cv-152-Oc-34PRL

**ORDER GRANTING THE UNITED STATES'
SIXTH *EX PARTE* APPLICATION FOR EXTENSION
OF THE INTERVENTION PERIOD AND SEAL**

THIS MATTER came before the Court upon the United States' unopposed sixth application for extension of the intervention period and seal. Upon consideration of the United States' application, and the Court being advised of the premises, and good cause having been found

It is **ORDERED AND ADJUDGED** that the application is **GRANTED**. The United States shall have up to and including September 27, 2018, within which to notify the Court of the decision to intervene in this action.

It is **FURTHER ORDERED** that all other filings and documents in this case shall remain under seal until further order of this Court.

**DONE and ORDERED** in Chambers in Ocala, Florida, this 9th day of August, 2018.

_____
Philip Lammens
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

    Jeremy R. Bloor
    Assistant United States Attorney
    400 West Washington St., Suite 3100
    Orlando, FL 32801

    Stephen D. Milbrath, Esq.
    Byrd Campbell, P.A.
    180 Park Avenue North, Suite 2A
    Winter Park, FL 32789