FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2018 SEP 27  PM 2: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES OF AMERICA
*ex rel.* MICHAEL PENNACHIO, M.D.;
and SHARON DRAKE,

        Plaintiffs/Relators,

vs.

CRAIG D. FISHMAN, M.D.; and,
JEFFREY A. SHERIDAN. M.D.,

        Defendants.

_____/

**FILED UNDER SEAL**

Case No. 5:17-cv-152-Oc-34PRL

## UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT

    The United States of America respectfully notifies the Court of its intention to intervene for the purposes of settlement pursuant to 31 U.S.C. § 3730(b)(2) and (4) of the False Claims Act, as set forth herein.

    1.    Relators filed their *qui tam* Complaint under the False Claims Act, 31 U.S.C. §§ 3729 - 3733, and served the United States on or about April 14, 2017.

    2.    The United States has sought several extensions of the investigative period to conduct its investigation and make a determination as to intervening in this matter.

    3.    The United States has reached an amicable resolution of this matter with Craig D. Fishman, M.D. and Jeffrey A. Sheridan, M.D., the individuals who submitted the claims alleged in the Relators' complaint.  The parties are in the

S-24

process of preparing and finalizing the pertinent settlement documents.  The United

States contemplates that once the settlement documents are finalized, the United

States and the Relators will file, pursuant to Fed. R. Civ. P. 41(a)(1), a joint

stipulation of dismissal of the *qui tam* complaint.

    4.    The United States requests that the Relators' Complaint, the Court's

Orders, this Notice, and all subsequent filings in this action be unsealed.  The United

States requests that all other papers on file in this action remain under seal because in

discussing the content and extent of the United States' investigation, such papers are

provided by law to the Court alone for the sole purpose of evaluating whether the

seal and time for making an election to intervene should be extended.

    A proposed order accompanies this notice.

    Dated: September 27, 2018    Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
Office of the United States Attorney
Middle District of Florida
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2018, a true and correct copy

of the foregoing motion was sent by United States mail to the following:

Stephen D. Milbrath, Esq.
Byrd Campbell, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL 32789

Jeremy R. Bloor
Assistant United States Attorney

3