IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA
*ex rel.* MICHAEL PENNACHIO, M.D.;
and SHARON DRAKE,

    Plaintiffs/Relators,

vs.                                              Case No. 5:17-cv-152-Oc-34PRL

CRAIG D. FISHMAN, M.D.; and,
JEFFREY A. SHERIDAN. M.D.,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the United States' Notice of Election to Intervene for the Purposes of Settlement under the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). The Court has considered the record and is otherwise fully advised in the premises:

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The seal shall be lifted upon the Relators' Complaint, the Court's Orders, the United States' Notice of Election to Intervene for Purposes of Settlement, this Order, and any subsequent filings in this action. All other contents of the Court's file in this action shall remain under seal and not be made public.

2. The seal shall be lifted on all other matters occurring in this action after the date of this Order.

DONE and ORDERED in Chambers in Orlando, Florida, this 1st day of October, ~~September~~, 2018.

_____
Phillip Lammens
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Jeremy R. Bloor
Assistant United States Attorney
400 West Washington St., Suite 3100
Orlando, FL 32801

Stephen D. Milbrath, Esq.
Byrd Campbell, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL 32789

2